UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YAMILL VEGA,

                Plaintiff,

  -v-                                       CIVIL ACTION NO. 23 Civ. 5645 (CM) (SLC)

CITY OF NEW YORK, et al.,                     **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

As discussed at the telephone conference held today, January 10, 2024, by **January 26, 2024**, counsel for Defendant City of New York shall file a letter on the docket confirming its representation of Defendants Correction Officer Hehl, Captain Boodoo, and Captain Malcolm (the "Individual Defendants") and that the Individual Defendants will either (i) waive service of the Complaint, or (ii) agree that the Office of the Corporation Counsel may accept service on their behalf.

Dated:      New York, New York
              January 10, 2024

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**