

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | **ZACHARY KALMBACH**<br>*Senior Counsel*<br>phone: (212) 356-2322<br>fax: (212) 356-3509<br>zkalmbac@law.nyc.gov |

> The request at ECF No. 30 is GRANTED. The in-person settlement conference scheduled for February 27, 2024 is ADJOURNED to **Thursday, April 11, 2024 at 10:00 a.m.** All other aspects of the Court's scheduling Order at ECF No. 19 remain in effect, with the parties' attendance forms and pre-conference submissions due by **April 4, 2024**.
>
> The Clerk of Court is respectfully directed to close ECF No. 30.
>
> SO ORDERED.    2/13/2024
>
> *SARAH L. CAVE*
> *United States Magistrate Judge*

**By ECF**
Honorable Sara L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    Vega v. City of New York, et al.,
                23 Civ. 5645 (CM)

Your Honor:

      I represent the City of New York (the "City") in the above-referenced matter. The City respectfully submits this status letter pursuant to the Court's Order dated January 29, 2024, and to respectfully request that the Court adjourn the settlement conference to a later date convenient for the Court (ECF No. 25). Plaintiff consents to this request.

      By way of background, on January 10, 2024, the Court issued an Order directing the City to "file a letter on the docket confirming its representation of Defendants Correction Officer Hehl, Captain Boodoo, and Captain Malcom (the "Individual Defendants") and that the Individual Defendants will either (i) waive service of the Complaint, or (ii) agree that the Office of the Corporation Counsel may accept service on their behalf" by January 26, 2024 (id.). Shortly after the Court issued its Order on January 10, 2024, this Office conferred with the New York City Department of Correction ("DOC") and, on January 11, 2024, DOC filed waivers of service on the Individual Defendants' behalf. On January 26, 2024, the City filed a letter reporting that this Office had not yet concluded its investigation concerning whether it would assume representation of the Individual Defendants (ECF No. 24). On January 29, 2024, the Court issued and Order directing the City to file a letter reporting on the status of this Office's representation of the Individual Defendants by February 12, 2024 (ECF No. 25).

      This Office has assumed representation of defendant Boodoo and will likely assume representation of defendant Malcolm later this week. However, since the City's last status report, this Office has made the decision to decline representation of defendant Hehl. It is not clear whether defendant Hehl has retained counsel, however, after the decision to decline representation was made, the undersigned promptly contacted the firm who will likely represent defendant Hehl