UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
YAMILL VEGA,

          Plaintiff,

   -against-

          ~~PROPOSED~~ REVISED SCHEDULING ORDER

         23-cv-5645(CM)(SLC)

THE CITY OF NEW YORK, et al.,

          Defendant.
--------------------------------------------------------------X

Upon the letter application and on the consent of all parties the herein Civil Case Management Plan is revised as follows:

1. Correction Officer Hehl's Answer is now due April 26, 2024;

2. All discovery is now due July 15, 2024;

3. The Pre-Trial Settlement Conference remains as scheduled and to be held before Magistrate Judge Sarah L. Cave on April 11, 2024 at 10:00AM, and that the Pre-Conference submissions remain due April 4, 2024;

4. Plaintiff's deposition date will be agreed to by all counsel, the prior Order that Plaintiff's deposition be held before April 8, 2024 is vacated.

Dated: New York, New York
   March 27, 2024
     28

             SO ORDERED:

             _____
             Judge Colleen McMahon

1