

**KARASYK&MOSCHELLA,LLP**
COUNSELORS AT LAW

PHILIP KARASYK
JAMES M. MOSCHELLA
MARISSA B. GILLESPIE
JEANNETTE BALDASSARRE
RENA C. DAWSON
MERCEDES M. MALDONADO
ANN M. SCHNEIDER

<u>Via ECF:</u>
Honorable Sarah L. Cave
United States Magistrate Judge
United States District Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

> The request at ECF No. 48 is GRANTED. Mr. Hehl's deadline to provide his pre-mediation statement is EXTENDED to **April 8, 2024, at 5:00 p.m.** Mr. Hehl need not attend the April 11, 2024 settlement conference in-person, but shall be available by telephone.
>
> The Clerk of Court is respectfully directed to close ECF No. 48.
>
> SO ORDERED.    4/4/2024
>
> SARAH L. CAVE
> United States Magistrate Judge

Re:   <u>Vega v. City of New York, et al.</u>
       23-cv-5645(CM)(SLC)

Your Honor:

      Our firm represents New York City Correction Officer Joseph Hehl, a named defendant in the above-referenced matter. Our firm only entered the matter on March 27, 2024 on Officer Hehl's behalf. District Judge McMahon has granted Officer Hehl until April 26, 2024, to interpose his Answer. However, with the consent of all the parties it was agreed to keep the April 11, 2024, Pre-Trial Settlement Conference before your Honor on the calendar.

      Upon the consent of counsel for Plaintiff and City defendants, I am asking for an extension of time to submit the confidential settlement statement on Officer Hehl's behalf. The letter is currently due today April 4, 2024. I just received the discovery previously exchanged by the City and I need a brief period of time to review. I would request the Court grant Officer Hehl until Monday, April 8, 2024 to submit his settlement statement.

      My client has a very minor role in the claims made by Plaintiff and having extra time will allow me the opportunity to fashion a settlement statement focused on his potential exposure and liability.