

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

ZACHARY KALMBACH
*Senior Counsel*
phone: (212) 356-2322
fax: (212) 356-3509
zkalmbac@law.nyc.gov

April 30, 2024

**By ECF**
Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

OK
/s/ Colleen McMahon
5/7/2024

Re: Yamill Vega v. City of New York, et al.,
23 Civ. 5645 (CM)

Your Honor:

I represent defendants the City of New York, Malcolm, and Boodoo in the above-referenced matter. The parties write jointly to respectfully inform the Court that the parties have reached a settlement agreement in this matter. As such, the parties respectfully request that the Court adjourn all outstanding deadlines and conferences *sine die* to afford the parties the opportunity to finalize settlement paperwork and submit a Stipulation and Order of Dismissal for the Court's endorsement.

Thank you for your time and consideration.

Respectfully submitted,

/s/ *Zachary Kalmbach*
Zachary Kalmbach
*Senior Counsel*

cc: **Via ECF**
All counsel of record